IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL
ADC #601559                                                                    PLAINTIFF

v.                    No. 3:25-cv-131-DPM-JJV

MARTY BOYD, Sheriff, Craighead County;
BOWERS, Administrator, Craighead County
Detention Center;   TODD HARRELL,
Assistant Administrator, Craighead County
Detention Center;   TURN KEY MEDICAL
CO., Medical Company, Craighead County
Sheriff's Office;   HALL, Head Nurse, Turn
Key Medical, Craighead County Sheriff's
Office;   HALL, Maintenance Worker,
Craighead County Sheriff's Office;
HANNAH CARTER, Nurse, Turn Key
Medical, Craighead County;   CRAIGHEAD
COUNTY;   and MILLER, Maintenance
Supervisor, Craighead County Sheriff's
Office                                                                          DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 10*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Hill's conditions of confinement claims against Sheriff Boyd, Administrator Bowers, Assistant Administrator Harrell, Maintenance Worker Hall, Maintenance Supervisor Miller, and Craighead County go forward. His remaining claims are dismissed without prejudice.  The Court

instructs the Clerk to terminate Turn Key Medical, Head Nurse Hall, and Nurse Carter as defendants in this case. Any *in forma pauperis* appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2025