## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ADAM HILL<br>ADC #601559 | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:25-cv-00131-JJV |
| | * | |
| MARTY BOYD, | * | |
| Sheriff, Craighead County, *et al.* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 20th day of May 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE